AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG Amendment 821 |
| V. | |
| Nesdahl, Timothy | Case Number: 2:21-CR-00125-JJV |
| | USM Number: 31388-009 |
| Date of Original Judgment: 12/13/21 (Or Date of Last Amended Judgment) | William Shelton Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   X GRANTED and the defendant's previously imposed sentence of imprisonment of __2__ months is reduced to __1 month__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __4__         Amended Offense Level: __4__
         Criminal History Category: __IV__              Criminal History Category: __III__
Previous Guideline Range: __2__ to __8__ months      Amended Guideline Range: __0__ to __6__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence to run consecutive to sentence in EDAR case no. 4:17-CR-00131-BSM

Except as provided above, all provisions of the judgment dated __12/13/21__ shall remain in effect.

**IT IS SO ORDERED.**

__11/30/2023__
Order Date

Signature of Judge

__February 1, 2024__                                U.S. Magistrate Judge Joseph J. Volpe
Effective Date (if delayed)                         Name and Title of Judge